UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01349 (KBJ) |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### FREEDOM PATH'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Freedom Path, Inc., respectfully moves for summary judgment under Federal Rule of Civil Procedure 56(a) for the reasons set forth in the accompanying Memorandum of Points and Authorities. Freedom Path is entitled to a declaration under 26 U.S.C. § 7428(a) that (1) the IRS's 11-part Facts and Circumstances Test for determining the tax implications of public policy advocacy communications is unconstitutionally vague as applied to Freedom Path; and (2) Freedom Path is entitled to 26 U.S.C. § 501(c)(4) tax-exempt status.

2

Dated: January 15, 2021                                  Respectfully submitted,

                                                          s/ *Scott A. Keller*

                                                          Scott A. Keller
                                                          D.C. Bar No. 1632053
                                                          Baker Botts LLP
                                                          700 K St. NW
                                                          Washington, D.C. 20001
                                                          (202) 639-7837
                                                          scott.keller@bakerbotts.com

                                                          Chris K. Gober
                                                          D.C. Bar No. 975981
                                                          The Gober Group PLLC
                                                          14425 Falcon Head Blvd, Bldg E
                                                          Austin, TX 78738
                                                          (512) 354-1787
                                                          cg@gobergroup.com

                                                          *Counsel for Plaintiff Freedom Path, Inc.*