AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| FREEDOM PATH | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-1349 |
| INTERNAL REVENUE SERVICE, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendants.

Date: 05/22/2025

*Attorney's signature*

RICHARD HAGERMAN
2025.05.22 15:22:59 -04'00'

NY Bar 5113303
*Printed name and bar number*

150 M Street NE
4 Constitution Square
Washington, DC 20530

*Address*

richard.j.hagerman@usdoj.gov
*E-mail address*

(202) 598-7827
*Telephone number*

(202) 514-0961
*FAX number*