UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01349 (JMC) |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF AVAILABILITY FOR ARGUMENT**

The parties have conferred in accordance with the Court's Minute Order of May 21, 2025, to find dates that they are mutually available for a motion hearing on their cross motions for summary judgment. The parties are available at any time on the following dates:

- Tuesday, July 1, 2025
- Wednesday, July 2, 2025
- Thursday, July 3, 2025

If none of those dates is convenient for the Court, the parties will confer again to find other mutually agreeable dates.

//

//

1

Dated: May 28, 2025

| | |
|---|---|
| */s/ Jeremy Evan Maltz* | */s/ Nishant Kumar* |
| Scott A. Keller (D.C. Bar No. 1632053) | Laura M. Conner (VA Bar No. 40388) |
| Jeremy Evan Maltz (D.C. Bar No. 155451 | Nishant Kumar (DC Bar No. 1019053) |
| Lehotsky Keller Cohn LLP | Richard Hagerman (NY Bar No. 5113303) |
| 200 Massachusetts Avenue, NW | Trial Attorneys |
| Washington, DC 20001 | Joseph a. Sergi (DC Bar No. 480837) |
| (512) 693-8350 | Senior Litigation Counsel |
| scott@lkcfirm.com | Tax Division |
| | U.S. Department of Justice |
| Chris K. Gober (D.C. Bar No. 975981) | Post Office Box 227 |
| Vantage Legal | Washington, DC 20044 |
| 14425 Falcon Head Blvd. E-100 | Tel: (202) 514-2986 |
| Austin, TX 78738 | Fax: (202) 514-6866 |
| cgober@vantage.network | laura.m.conner@usdoj.gov |
| | nishant.kumar@usdoj.gov |
| *Counsel for Plaintiff* | richard.j.hagerman@usdoj.gov |
| | joseph.a.sergi@usdoj.gov |
| | |
| | *Counsel for Defendants* |