UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> INTERNAL REVENUE SERVICE, *et al.* ) <br> ) <br>     Defendants. ) <br> _____ ) | No. 1:20-cv-01349 (JMC) |

**UNOPPOSED MOTION FOR STAY OF CASE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department. The parties currently have upcoming deadlines starting at the end of October for renewed summary judgment briefing.

4. If this motion for a stay is granted, Department of Justice counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for all parties be extended commensurate with the

1

duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.  Opposing counsel have authorized counsel for the Government to state that they have no objection to this request.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 7, 2025

*/s/ Laura M. Conner*
Laura M. Conner (VA Bar No. 40388)
Nishant Kumar (DC Bar No. 1019053)
Trial Attorneys
Joseph A. Sergi (DC Bar No. 480837)
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Tel: (202) 514-6438
Fax: (202) 514-6866
laura.m.conner@usdoj.gov
nishant.kumar@usdoj.gov
joseph.a.sergi@usdoj.gov

*Counsel for Defendants*