UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> INTERNAL REVENUE SERVICE, *et al.* ) <br> ) <br>     Defendants. ) <br> _____ ) | No. 1:20-cv-01349 (JMC) |

**ORDER STAYING CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

In consideration of the Unopposed Motion to Stay Case in Light of Lapse of Appropriations, and for good cause shown therein, it is ORDERED that the motion is GRANTED, and the case is stayed pending the restoration of funding to the Department of Justice and until Department of Justice attorneys are permitted to resume their usual civil litigation functions.  When appropriations are restored, Department of Justice counsel shall inform the Court, and all current deadlines for all parties will be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline will be extended by the total number of days of the lapse in appropriations.

SO ORDERED this \_\_\_\_\_ day of October 2025.

_____