UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) <br> ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, *et al.* ) <br> ) <br>      Defendants. ) <br>_____ ) | No. 1:20-cv-01349 (JMC) |

**UNOPPOSED MOTION TO LIFT STAY AND TO EXTEND BRIEFING DEADLINES**

The United States of America moves to lift the stay of the above-captioned case and to further extend the briefing deadlines for renewed summary judgment.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

2. By Minute Order of October 8, 2025, the Court granted the United States' motion to stay the case during the lapse of appropriations and to extend all deadlines for all parties commensurate with the duration of the lapse in appropriations, in that each deadline would be extended by the total number of days of the lapse in appropriations.

3. In the evening of November 12, 2025, Congress passed a bill that, among other things, restored funding for the Department of Justice and the Internal Revenue Service.

4. With Department operations restored on November 13, 2025, the lapse of appropriations lasted 43 days.

5. Given the issues involved and levels of review required both at the Department of Justice and the Internal Revenue Service, as well as the press of restarting most civil tax litigation at the same time following the restoration of appropriations, counsel for the United

1

States need more than 43 days of additional time to prepare their renewed summary judgment briefing. As a result, the United States asks the Court to allow both parties additional time as follows:

| Event | Original deadline | Plus 43 days | Requested deadline |
|---|---|---|---|
| SJ motions | Oct. 30, 2025 | Dec. 12, 2025 | Jan. 30, 2026 |
| Oppositions | Nov. 14, 2025 | Dec. 27, 2025 (Sat.) | Feb. 20, 2026 |
| Replies | Nov. 20, 2025 | Jan. 2, 2026 | Mar. 13, 2026 |

In addition, the Court originally directed the parties to advise the Court, by the original renewed summary judgment deadline, of mutually available dates for a motion hearing the week of December 15, 2025. Commensurate with the new requested deadlines above, the United States asks the Court to advise the parties of a date range for them to provide mutually available dates for a motion hearing.

6.   Opposing counsel have advised that they have no objection to this request.

Therefore, the United States asks the Court to lift the stay and to extend the parties' deadlines to file renewed summary judgment motion to January 30, 2026, to file oppositions to February 20, 2026, and to file replies to March 13, 2026.

Dated:  December 2, 2025

\#

\#

\#

\#

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Laura M. Conner*
Laura M. Conner (VA Bar No. 40388)
Nishant Kumar (DC Bar No. 1019053)
Trial Attorneys
Joseph A. Sergi (DC Bar No. 480837)
Senior Litigation Counsel
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 227
Washington, DC  20044
Tel: (202) 514-6438
Fax: (202) 514-6866
laura.m.conner@usdoj.gov
nishant.kumar@usdoj.gov
joseph.a.sergi@usdoj.gov
Counsel for Defendants