IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No.: 1:20-cv-01349-JMC |

**FREEDOM PATH'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Freedom Path, Inc., respectfully moves for summary judgment under Federal Rule of Civil Procedure 56(a) for the reasons set forth in the accompanying Memorandum of Points and Authorities. Freedom Path is entitled to a declaration under 26 U.S.C. § 7428(a) that Freedom Path is entitled to 26 U.S.C. § 501(c)(4) tax-exempt status.

1

2

Dated: February 27, 2026

Chris K. Gober
D.C. Bar No. 975981
Lex Politica PLLC
14425 Falcon Head Blvd. E-100
Austin, TX 78738
(512) 354-1783
cgober@lexpolitica.com

Respectfully submitted,

*/s/ Scott A. Keller*
Scott A. Keller (D.C. Bar # 1632053)
Jeremy Evan Maltz (D.C. Bar # 155451)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

*Counsel for Plaintiff Freedom Path, Inc.*