IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM PATH, INC.,

*Plaintiff*,

v.

INTERNAL REVENUE SERVICE, *et al.*

*Defendants*.

Civil Action No.: 1:20-cv-01349-JMC

## ORDER

Upon consideration of Plaintiff's Renewed Motion for Summary Judgment, Defendants' Renewed Cross-Motion for Summary Judgment, the supporting memoranda, the opposition and reply briefs, any supporting exhibits properly in front of the Court, the parties' statements of material facts, and the responses thereto, it is hereby ORDERED that:

Plaintiff's Renewed Motion for Summary Judgment is GRANTED in full. Defendants' Cross-Motion for Summary Judgment is DENIED in full. Judgment is awarded to Plaintiff on all claims asserted in the above-captioned action. This is a final judgment that disposes of all claims of all parties.

SO ORDERED.

_____
Date

_____
United States District Judge
Jia M. Cobb

**ATTORNEYS TO BE NOTICED**

| | |
|---|---|
| Chris K. Gober<br>D.C. Bar No. 975981<br>Lex Politica PLLC<br>14425 Falcon Head Blvd. E-100<br>Austin, TX 78738<br>(512) 354-1783<br>cgober@lexpolitica.com | Scott A. Keller (D.C. Bar # 1632053)<br>Jeremy Evan Maltz (D.C. Bar # 155451)<br>LEHOTSKY KELLER COHN LLP<br>200 Massachusetts Ave. NW<br>Washington, DC 20001<br>(512) 693-8350<br>scott@lkcfirm.com |

*Counsel for Plaintiff Freedom Path, Inc.*

Laura M. Conner (VA Bar No. 40388)
Nishant Kumar (DC Bar No. 1019053)
Richard Hagerman (NY Bar No. 5113303)
Joseph A. Sergi (DC Bar No. 480837)
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-6438
Fax: (202) 514-6866
laura.m.conner@usdoj.gov
nishant.kumar@usdoj.gov
richard.j.hagerman@usdoj.gov
joseph.a.sergi@usdoj.gov

*Counsel for Defendants Internal Revenue Service, et al.*