UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM PATH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:20-cv-01349 (JMC) |

**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Freedom Path applied to the IRS for tax-exempt status under 26 U.S.C. § 501(c)(4). The Internal Revenue Service denied Freedom Path's application because Freedom Path could not establish it exclusively operated for a tax-exempt purpose required by that statute. It now brings this action under 26 U.S.C. § 7428 to obtain a declaration that it is entitled to that tax-exempt status.

Defendants move for summary judgment in their favor this action. A review of the administrative record before the agency confirms that the organization's activities preclude § 501(c)(4) status because Freedom Path is not operated exclusively for the promotion of social welfare, within the meaning of the statute.

Dated: February 27, 2026

#

#

#

1

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Laura M. Conner*
LAURA M. CONNER (VA Bar No. 40388)
Assistant Director
JOSEPH A. SERGI (DC Bar No. 480837)
Senior Litigation Counsel
Tax Litigation Branch
Civil Division, U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
laura.m.conner@usdoj.gov
joseph.a.sergi@usdoj.gov

Counsel for Defendants