**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FREEDOM PATH, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01349 (JMC) |
| | ) | |
| INTERNAL REVENUE SERVICE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT**
**OF RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendants submit this statement of material facts that they contend are not in dispute in support of its renewed motion for summary judgment. This is the same set of facts that Defendants submitted in support of their original motion for summary judgment. Defendants cite to the pages of the previously indexed administrative record, as this proceeding under 26 U.S.C. § 7428 is determined on the review of that record.

Background

1.      Freedom Path was incorporated on January 18, 2011, in the state of Texas. Ex. 6, ADMIN-000015.

2.      Freedom Path's Articles of Incorporation state that it is organized and operated exclusively for the promotion of social welfare within the meaning of § 501(c)(4), its stated mission being "to promote and defend the causes that recognize the individual rights and liberties guaranteed to all Americans" in the United States Constitution. Ex. 6, ADMIN-000015.

3.      On January 21, 2011, Plaintiff submitted its Form 1024, Application for Recognition of Exemption Under Section 501(a). Ex. 3, ADMIN-000005-10.

1

4.      On February 28, 2011, the Internal Revenue Service (IRS) determined that the application as submitted was incomplete and thus returned Plaintiff's Form 1024 and requested a copy of the Articles of Incorporation and proof of filing with the appropriate state agency. Ex. 7, ADMIN-000017-19. The letter stated, "We will be glad to consider your application if you will complete and return it with [the missing items]." Ex. 7, ADMIN-000017.

5.      On March 7, 2011, Freedom Path resubmitted its original application with proof of filing of its organizational document. Ex. 8, ADMIN-000020-24.

6.      Freedom Path stated on its Form 1024 that it would engage in two activities: (1) public education and outreach (90%), and (2) grants to other organizations (10%). Freedom Path stated that it intended to use print, email, and internet to publish information, and that it would "utilize direct mail as well as television and radio advertisements to advocate our positions on issues and legislation." Ex. 3, ADMIN-000006.

7.      In response to the application's question, "Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization?" Freedom Path answered "No." Ex. 3, ADMIN-000008 (Question 15).

8.      On February 13, 2012, the IRS requested additional information needed to complete consideration of Freedom Path's application. Ex. 9, ADMIN-000025-33. Among other items, the IRS requested details about Freedom Path's expenses and activities. Ex. 9, ADMIN-000028-32.

9.      When the IRS had no response from Freedom Path, the IRS followed up by letter dated April 5, 2012, requesting a response to its earlier request. Ex. 10, ADMIN-000034-43.

10.     On June 3, 2012, Freedom Path responded to the IRS February 13th request. Ex. 11, ADMIN-000044-173.

11.     In its June 3rd letter, Freedom Path informed the IRS that it had started engaging in "political intervention" and that its "[p]olitical campaign intervention" began on January 30, 2012. Freedom Path stated that political campaign intervention was less than one-third of Freedom Path's expenditures, and that it would not exceed 40% of Freedom Path's activities. Ex. 11, ADMIN-000050-51 (Question 11).

12.     When asked for "[c]opies of all handouts, media advertisements, pages of internet ad and other means (to be) provided and distributed for the political campaign or intervention," Ex. 9, ADMIN-000031 (Question 11(d)), Freedom Path referred the IRS to its "attached documents and CD with multimedia," Ex. 11, ADMIN-000050 (Response 11(d)).

13.     The CD attached to Freedom Path's June 3 submission contained the following six television advertisements:

- "Is It Really Time?", Ex. 36, ADMIN-000882.

- "Leaders", Ex. 37, ADMIN-000883.

- "Repeal It", Ex. 38, ADMIN-000884.

- "Three Men Again", Ex. 39, ADMIN-000885.

- "Time", Ex. 40, ADMIN-000886.

- "Obamacare", Ex. 41, ADMIN-000887.

Those advertisements are discussed in more detail below.

14.     With its June 3rd submission, Freedom Path also included copies of 17 direct mailings, Ex. 11, Attachments G-W, ADMIN-000104-154, print copies of Freedom Path's website pages, Ex. 11, Attachment X, ADMIN-000155-159, and a print copy of a website banner

3

advertisement, Ex. 11, Attachment Y, ADMIN-000160-161. Those communications are discussed in more detail below.

15.    As part of its June 3rd submission, Freedom Path provided a copy of its "Our Team" fundraising brochure. Ex. 11, Attachment F, ADMIN-000081-103. Freedom Path noted that it "has not produced any additional fundraising pamphlets, flyers, brochures, or webpage solicitations other than the attached 'Our Team' brochure." Ex. 11, ADMIN-000049 (Response 5).

16.    In the "Our Team" brochure, Freedom Path touts the election and campaign expertise of one of its officers and groups that it worked with, for example:

- The "national campaign leadership" of one of Freedom Path's directors. Ex. 11, ADMIN-000045, 53; Ex. 11, Attachment F, ADMIN-000083.

- The fact that Majority Strategies, Inc., had "produced mail for winning candidates seeking every office imaginable." *Id.* at ADMIN-000084.

- The fact that Fabrizio McLaughlin & Associates "has conducted thousands of public opinion surveys for hundreds of candidates and political organizations." *Id.* at ADMIN-000088.

- Noting FLS Connect's "communication with voters." *Id.* at ADMIN-000090.

- Noting amongst FLS Connect's attributes that "[a]dvocacy programs are an effective way to convert undecided or infrequent voters to your candidate." *Id.* at ADMIN-000092.

- Noting that TargetPoint Consulting "brought the modern concept of MicroTargeting from the business world to the political world." *Id.* at ADMIN-000097.

- Describing one of TargetPoint's principals as "a veteran political operative." *Id.* at ADMIN-000098.

- Describing the "political expertise" of the principal of James S. Nathanson & Associates. *Id.* at ADMIN-000100.

17.    On February 20, 2013, the IRS requested more information from Plaintiff to process its application, including details about the six television advertisements and direct mail communications that Freedom Path had previously provided. Ex. 12, ADMIN-000174-177. The IRS had specifically requested details about those and any other communications, including:

- The date when the communication was first disseminated to the public.

- The period of time it was made available to the public.

- The frequency the communication was printed or broadcast during that period.

- The geographic area where the communication was disseminated to the public.

- The total costs incurred in preparing the communication and the costs incurred each time the communication was disseminated.

Ex. 12, ADMIN-000176.

18.    The IRS also brought a seventh video advertisement, found on Freedom Path's Youtube channel, to Freedom Path's attention and asked Freedom Path to confirm that it had produced and distributed the advertisement. Ex. 12, ADMIN-000176. The IRS asked for copies of any other television, internet, or direct mail communications that were not included in Freedom Path's response of June 3, 2012. *Id.*

19.    On April 10, 2013, Freedom Path responded to the IRS's letter of February 20, 2013. Ex. 14, ADMIN-000182-194. Freedom Path did not provide any additional information requested by the IRS about the six television advertisements and direct mail communications that

Freedom Path had previously provided, stating, "we do not believe Freedom Path is obligated to respond to your most recent request for information." Ex. 14, ADMIN-000183. Freedom Path did confirm it produced the "227" video advertisement that the IRS had located on Freedom Path's Youtube channel. Ex. 14, ADMIN-000183. Freedom Path also provided copies of two additional direct mailings that it had not previously provided to the IRS, but provided no details about the "227" advertisement and the two additional direct mailings. Ex. 14, ADMIN-000183, 186-194.

20. By letter dated April 24, 2013, the IRS gave Freedom Path another chance to provide the information omitted from Freedom Path's response of April 10, 2013, Ex. 15, ADMIN-000195-196, but Freedom Path did not provide that information.

21. By letter dated September 30, 2013, with attachments, the IRS issued a proposed denial concluding that Plaintiff did not qualify for exemption under § 501(c)(4). Ex. 21, ADMIN-000231-283.

22. On December 17, 2013, Plaintiffs sent, via facsimile, a letter dated December 2, 2013, with attachments, protesting the proposed determination. Ex. 23, ADMIN-000285-735.

23. An administrative Appeals conference was held on February 14, 2014.

24. On April 28, 2014, Freedom Path filed a suit in the United States District Court for the Northern District of Texas. In its lawsuit, Freedom Path included, among other claims, a claim asserting that the "facts and circumstances test" of Revenue Ruling 2004-06 is void for vagueness in violation of the Fifth Amendment. *Freedom Path v. I.R.S., et al.*, Case 3:14-cv-01537-D (N.D. Tex.).

25.    In a letter dated June 5, 2014, the IRS informed Freedom Path that it was suspending consideration of its application because of the pending litigation. Ex. 28, ADMIN-000748.

26.    The IRS later decided that it would continue to process Freedom Path's application, despite the then-pending litigation, but on September 7, 2016, the Court, acting on Freedom Path's unopposed motion, ordered "that the IRS is enjoined from processing Freedom Path's pending Form 1024 application during the pendency of this case." *Freedom Path v. I.R.S., et al.*, Case 3:14-cv-01537-D (N.D. Tex.), Doc. 79.

27.    After the conclusion of the prior litigation, and after Freedom Path's requested injunction on processing its application expired, the IRS resumed its consideration of Freedom Path's application, forwarding it to IRS Appeals for consideration. Ex. 30, ADMIN-0000751-752.

28.    On September 9, 2019, IRS Appeals had a conference with Freedom Path on the proposed denial. In advance of that meeting, by facsimile dated September 5, 2019, the IRS forwarded a letter enclosing Revenue Ruling 2004-06 and 2007-41 check sheets with regard to three of Plaintiff's television advertisements. Ex. 31, ADMIN-000753-774.

29.    On November 15, 2019, IRS Appeals had another conference with Freedom Path on the proposed denial. In advance of that meeting, by letter dated October 25, 2019, the IRS forwarded to Freedom Path Exhibits G-Y of Freedom Path's June 3, 2012 letter, with additional attachments. Ex. 32, ADMIN-000775-845.

30.    Appeals sustained the IRS's proposed determination, Ex. 33, ADMIN-000846-854, and on February 20, 2020, the IRS issued a final adverse determination letter to Freedom Path, denying exemption under § 501(c)(4) because Freedom Path was not operated exclusively

7

for the promotion of social welfare and its primary activity was making political expenditures in support of or in opposition to candidates running for elected office, which is not a social welfare activity. Ex. 34, ADMIN-000855-859.

31.     Freedom Path filed this action in response to the IRS's final adverse determination letter.

<u>Utah Elections and Candidates at the Time of the Formation of Freedom Path</u>

32.     Orrin Hatch had been the U.S. Senator from Utah since he was first elected in 1977. *See* Ex. 23, ADMIN-000392-394.

33.     In mid-2011, an organization called Freedom Works (not related to Freedom Path) had launched a "retire-Hatch" campaign. Ex. 21, ADMIN-000279-280 (citing https://www.youtube.com/watch?v=dIogS_psy5U).

34.     Utah state senator Dan Liljenquist resigned his state office in December 2011 and announced his candidacy for the U.S. Senate on January 4, 2012. Liljenquist, as well as other outside groups like Freedom Works, had been criticizing Hatch for contributing to the national debt and Liljenquist raised it as an issue distinguishing himself from Hatch. Ex. 21, ADMIN-000233, 244-280; *see* Ex. 14, ADMIN-000190; Ex. 33, ADMIN-000847.

35.     The Utah State Republican convention was held on April 21, 2012. Ex. 21, ADMIN-000233. Because no candidate received a sufficient percentage of the delegate vote, Liljenquist and Hatch faced each other in a primary election that was held on June 26, 2012, to determine the Republican nominee. *See* Ex. 21, ADMIN-000233, 246.

36.     It does not appear that any ads or mailings submitted by Freedom Path took place after the Utah U.S. Senatorial primary in June 2012.

Television Advertisements

37.      Freedom Path provided copies of six television ads with one of its responses to a request for additional information. Exs. 36-41, ADMIN-000882-887.

38.      Freedom Path produced a seventh ad, which the IRS located on Freedom Path's Youtube channel. Ex. 42, ADMIN-000888.

39.      Freedom Path did not give the IRS detailed information regarding its television advertisements, as the IRS requested, *see* Ex. 12, ADMIN-000176; Ex. 14, ADMIN-000182-194, although it alleged expenditure amounts for a few of the advertisements in its protest to the IRS's proposed denial of its application, Ex. 23, ADMIN-000291 ("BBA/Leaders –Total Cost Exceeding $109,000 in 2011 and $60,000 in 2012"); ADMIN-000293 ("Three Men – Total Cost Exceeding $147,000"); ADMIN-000295 ("Repeal It – Total Cost Exceeding $150,000").

40.      On its Form 990, Return of Organization Exempt from Income Tax, for its 2012 tax year, Freedom Path reported a total of $655,047 for "Advertising and Promotion." Ex. 35, ADMIN-000869.

41.      Plaintiff reported three of its television advertisements to the Federal Election Commission as independent expenditures. Ex. 21, ADMIN-000241-243; Ex. 43, ADMIN-000904, 906, 910-911. An independent expenditure is defined as an expenditure made for a communication "expressly advocating the election or defeat of a clearly identified candidate that is not made in cooperation, consultation, or concert with, or at the request or suggestion of, a candidate, a candidate's authorized committee, or their agents, or a political party committee or its agents." 11 C.F.R. § 100.16(a).

42.      One ad reported to the FEC as an independent expenditure criticized Liljenquist, a candidate in the Utah U.S. Senatorial primary. The ad, entitled "227," aired in June 2012 before

the Republican primary; the narrator states that Liljenquist had missed 227 votes in the Utah state legislature, and "now [he] wants to trade" his state job for the U.S. Senate job, stating that if he "can't be bothered to show up for us, why should we vote for him?" Ex. 42, ADMIN-000888, Ex. 43, ADMIN-000910-911.

43. "227" cost $60,070 to produce and air. Ex. 43, ADMIN-000910-11.

44. The other two ads reported to the FEC as an independent expenditure, "Time?" and "Is it Really Time," aired in February and March 2012, shortly after Liljenquist announced his candidacy, and prior to the State Republican Convention in April. In both ads, there is a clip of Liljenquist saying, "I'm running for the United States Senate because it's time." The narrator then goes on to criticize the "times" that Liljenquist voted for a particular provision in the state legislature, or his failure to show up for votes, and states, "Utah's next US Senator? Not this time." Exs. 36, 40, ADMIN-000882, 886; Ex. 21, ADMIN-000241-242.

45. "Time?" ran in March 2012 and cost $71,710 to produce and air. Ex. 21, ADMIN-000242.

46. "Is it Really Time" ran in February 2012 and cost $129,600 to produce and air. Ex. 21, ADMIN-000241.

47. One ad, "Three Men Again," was reported to the FEC as an electioneering communication. Ex. 43, ADMIN-000912-913, 916-17. The FEC defines the term "electioneering communication" to generally mean a broadcast, cable, or satellite communication that: (1) refers to a clearly identified candidate for federal office; (2) is made within 60 days before a general, special, or runoff election for the office sought by the candidate or 30 days before a primary or preference election, or a convention or caucus of a political party that has authority to nominate a candidate, for the office sought by the candidate; and (3) in the case of a communication that

10

refers to a candidate for an office other than President or Vice President, is targeted to the relevant electorate. 52 U.S.C. § 30104(f)(3)(A) (formerly 2 U.S.C. § 434(f)(3)(A)).

48. The "Three Men Again" advertisement was aired in Utah in March and April 2012. The ad starts off with upbeat music and for 6 seconds the narration states: "Debt. More than 15 trillion dollars that will cripple our next generation." Subsequently a picture of Senator Hatch appears followed by a picture of Senator Lee, and the narration says, "But conservative Utah Senators Orrin Hatch and Mike Lee have authored the Balanced Budget Amendment to stop Washington's runaway spending. It's the bold conservative plan supported by Mitt Romney to get spending under control. Call Senators Hatch and Lee: Tell them to keep fighting for the Balanced Budget Amendment and for the future of America. Freedom Path is responsible for the content of this advertising." At the end of the advertisement appears a phone number for the U.S. Senate. Ex. 39, ADMIN-000885; Ex. 43, ADMIN-000912, 916.

49. Freedom Path reported to the FEC that "Three Men Again" cost $156,400 to produce and air, Ex. 43, ADMIN-000912-913, 916-17, although Freedom Path represented to the IRS that it had a "Total Cost Exceeding $147,000", Ex. 23, ADMIN-000293.

50. "BBA/Leaders" is an ad that was not reported to the FEC and ran in July 2011 and May 2012. The ad starts off for 7 seconds with the narration, "More than 14 trillion in debt and counting. Government gone wrong." Then, a graphic of Senator Hatch appears, with Senator Lee and certain other politicians in the background, and for about the next 25 seconds uplifting music plays and the narrator says in an upbeat tone of voice: "But two Utah conservatives are leading the fight in Washington to get spending under control. Orrin Hatch and Mike Lee have authored the Balanced Budget Amendment. Legislation forcing Congress and the president to balance the budget every year and stop spending money we don't have. Orrin Hatch and Mike

11

Lee. Utah conservatives leading the fight to stop runaway spending." The ad concludes with the following text: "TELL SENATORS HATCH and LEE: KEEP LEADING THE FIGHT! CALL 202-224-3121." Ex 37, ADMIN-000883; Ex. 23, ADMIN-000291.

51.     A balanced budget was an issue long identified with Senator Hatch. In a January 2012 article, Senator Hatch wrote, "In 2012, I'm going to continue to push for a balanced budget amendment as I have every year in the Senate." Ex. 21, ADMIN-000400.

52.     "BBA/Leaders" cost more than $109,000 to air in July 2011. Ex. 23, ADMIN-000291.

53.     "BBA/Leaders" cost more than $60,000 to air in May 2012. Ex. 23, ADMIN-000291.

54.     The Balanced Budget Amendment, Senate Joint Resolution 10, had failed to pass in a Senate vote in December 2011. Ex. 23, ADMIN-000355, 360.

55.     "Repeal it" is an advertisement that ran in January and February of 2012 and was not reported to the FEC. The ad starts off for 10 seconds with tense music and a somber narration: "ObamaCare, a trillion dollars in new government spending and devastating to small business. But ObamaCare can still be stopped," after which a picture of Orrin Hatch appears, uplifting music starts to play, and the narration continues: "Utah's Orrin Hatch has sponsored a bill to repeal it. Declaring ObamaCare unconstitutional, Senator Hatch has personally signed a brief to have the courts nullify it. Orrin Hatch. Leading the conservative charge to repeal Obamacare. Tell him to keep fighting for our shared values." The ad concludes with the following text: "Tell Senator Hatch: Keep leading the fight! Call (202) 224-3121"; "LEADING THE FIGHT AGAINST ObamaCare." The ad also identified S.192 - Repealing the Job-Killing Health Care Law Act. Ex. 38, ADMIN-000884; Ex. 23, ADMIN-000295.

56.     S.192 - Repealing the Job-Killing Health Care Law Act, was cosponsored by Hatch and introduced on January 26, 2011. It was placed on the Senate Legislative Calendar with no further action; it was never up for a vote. Ex. 23, ADMIN-000503.

57.     "Repeal It" cost $150,000. Ex. 23, ADMIN-000295 ("Repeal It – Total Cost Exceeding $150,000").

58.     Freedom Path produced and aired one other television ad in 2012: "ObamaCare," which did not mention any candidate, and called for repeal of the Patient Protection and Affordable Care Act. Ex. 41, ADMIN-000887. Plaintiff provided no information as to the cost of this advertisement, or exactly when it aired. *See* Ex. 11, ADMIN-000044-53; Ex. 14, ADMIN-000182-194; Ex. 23, ADMIN-000285-353.

59.     The following is a summary of the television ads that Freedom Path produced and aired:

| Title | Dates Aired | Cost | FEC report? | Content Summary |
|---|---|---|---|---|
| 227 | June 2012 | $60,070 (amount reported to FEC) | Indep. Expend. | Stated that Liljenquist had missed 227 votes; "now he wants to trade" state job for U.S. job; if he "can't be bothered to show up for us, why should we vote for him?" |
| Is It Really Time? | February 2012 | $129,600 (amount reported to FEC) | Indep. Expend. | Liljenquist states he is running because "It's Time." Ad points out various positions and why it "isn't" time. |
| Time? | March 2012 | $71,710 (amount reported to FEC) | Indep. Expend. | Similar to Is it Really Time? |

13

| Leaders | May 2012 | $60,000 (amount provided in protest) | Not reported | Hatch and Lee are leading fight to stop runaway spending; authored Balance Budget Amendment |
|---|---|---|---|---|
| Three Men Again | March/ April 2012 | $156,400 (amount reported to FEC) | Electioneering communication | Hatch and Lee are leading fight to stop runaway spending; authored Balance Budget Amendment; "call" Hatch and Lee and urge them to keep fighting |
| Repeal It | Jan/Feb 2012 | $150,000 (amount provided in protest) | Not reported | Praised Hatch for working to repeal the ACA; asked viewers to call Hatch and tell him to keep fighting. |
| Obamacare | unknown | Unknown | Not reported | Urged the repeal of the ACA; did not mention any candidate |

Print Mailings

60.     Plaintiff provided 19 print mailings as part of the application process. Ex. 11, Attachments G-W, ADMIN-000104-154 (copies of 17 direct mailings); Ex. 14, Attachment A, ADMIN-000186-189 (copies of two direct mailings). Although the IRS's proposed denial letter refers to 20 direct mailings, Ex. 21, ADMIN-000234, that appears to be a typographical error because the record shows only the 19 cited direct mailings.

61.     In its letter dated June 3, 2012, Freedom Path stated that publishing activities constituted approximately 25% of its activities and that the cost of its publishing activities as of June 3, 2012 was approximately $275,000. Ex. 11, ADMIN-000049-50 (Question 7).

62.     In its June 3, 2012 response to the IRS, Freedom Path also indicated that it had paid Majority Strategies $97,846 for printed materials and creating a website. Ex. 11, ADMIN-000049 (Question 4).

14

63.     Freedom Path reported that it paid $99,369 to a firm called Majority Strategies for the three direct mailings that were reported as independent expenditures to the FEC. Ex. 43, ADMIN-000907-908; Ex. 21, ADMIN-000242-243.

64.     In its June 3, 2012 response to the IRS, Freedom Path also indicated that it had paid Next Wave Communications $177,112 for producing direct mail communications. Ex. 11, ADMIN-000049 (Question 4).

65.     On its Form 990, Return of Organization Exempt from Income Tax, for its 2012 tax year, Plaintiffs reported $274,252 as "[m]ail education outreach" for the entire year. Ex. 35, ADMIN-000869.

66.     Although the IRS requested more information, Freedom Path declined to provide any specific information regarding cost, area of distribution, or time of distribution of its direct mailings. *See* Ex. 12, ADMIN-000176; Ex. 14, ADMIN-000182-194.

67.     Three of the mailings ("Quiz" (ADMIN-000189-190), "Double Dip 2" (ADMIN-000120-121), "Missed Votes" (ADMIN-000187-188)), were reported as independent expenditures in FEC filings, which the IRS determined from its own research. The three FEC reported mailings each cost $33,123 and were distributed in March 2012. The FEC filings indicated that the firm Majority Strategies was paid for the FEC mailings. Ex. 21, ADMIN-000242-43.

68.     The IRS was unable to find more information, other than the mailings themselves, for the other 16 mailings.

69.     The following is a summary of the print mailings that Freedom Path produced and circulated:

| Bates | Date | Cost | FEC report? | Content Summary |
|---|---|---|---|---|
| Exhibit 11, Attachment G, ADMIN-000105-106 | | | | Front: Their Talk was Big . . . A Big Bust<br>Back: Big Plans, Bigger Price Tag<br>Call your Congressman at (202) 224-3131. |
| Exhibit 11, Attachment H, ADMIN-000108-109 | | | | Front: "In this climate, government is the only thing growing."<br>"Obama Budget: National debt will be $1 trillion higher in a decade than forecast"<br>Back: Higher Taxes. Outrageous Debt. Call your Congressman at (202) 224-3131. |
| Exhibit 11, Attachment I, ADMIN-000111-112 | | | | Front: "Bureaucracy & Politicians"<br>Back: Politicians Gave Us a Crude Awakening. Call your Congressman and Senators at (202) 224-3131. |
| Exhibit 11, Attachment J, ADMIN-000114-115 | | | | Front: Orrin Hatch, There is Still One Fearless Conservative in Utah.<br>Back: Thanks Senator Orrin Hatch, Unapologetically Fighting for Utah at (202) 224-3131. |
| Exhibit 11, Attachment K, ADMIN-000117-118 | | | | Front: Salt Lake City Politicians Double Trouble<br>Back: Let's stick to the facts, Salt Lake City Politicians, Double |

| | | | | Trouble for Utah Taxpayers |
|---|---|---|---|---|
| Exhibit 11, Attachment L, ADMIN-000120-121 | March 2012 | $33,123 | Indep. Expend. | For Politicians like Dan Liljenquist & Chris Herrod, Two Scoops are Better than One. Back: Dan Liljenquist & Chris Herrod Support Double-Dipping at Taxpayers' Expense. Politicians Dan Liljenquist & Chris Herrod, A Rocky Road for Utah Taxpayers, Utah Can't Afford Big Spenders Like Dan Liljenquist & Chris Herrod |
| Exhibit 11, Attachment M, ADMIN-000123-124 | | | | Front: They're targeting your 2nd Amendment rights . . . Back: Some Politicians have YOUR Rights in Their Sites. Call your Congressman Today at (202) 224-3131. |
| Exhibit 11, Attachment N, ADMIN-000126-127 | | | | Front: Orrin Hatch Fighting Back Against Obama's Takeover of Our Health Care. Call Senator Orrin Hatch at (202) 224-3121, Tell him to keep fighting to repeal ObamaCare. Back: While ObamaCare may work for the politicians in |

| | | | | Washington, It will leave many of our families out of a job. Orrin Hatch, Leading the fight to repeal ObamaCare and protect our jobs. |
|---|---|---|---|---|
| Exhibit 11, Attachment O, ADMIN-000129-130 | | | | Front: Blocked Politicians (Texting Ad) Dan Liljenquist and Chris Herrod Don't Want You to Know What They're Doing. Back: Dan Liljenquist and Chris Herrod. Blocking Your Access to Public Information. Dan Liljenquist and Chris Herrod. Special Interests' Dream, Utah Taxpayers' Nightmare. |
| Exhibit 11, Attachment P, ADMIN-000132-133 | | | | Front: Closed By Big Government Back: Washington Politicians Believe Bigger Government Will Create More Jobs . . . But Utah Workers Know Better.  Call your Congressman Today at (202) 224-3131, And tell them bigger government doesn't create jobs-small businesses do. |
| Exhibit 11, Attachment Q, ADMIN-000135-136 | | | | Front: Dan Liljenquist, Jobs Not Made in the U.S.A. Back: Dan Liljenquist. Outsourcing American Jobs . . . . Dan Liljenquist, Jobs Not Made in the U.S.A. |

| | | | | |
|---|---|---|---|---|
| Exhibit 11, Attachment R, ADMIN-000138-139 | | | | Front: Universal Health Care's Dangerous Effects are OFF THE CHARTS. Back: The Dangerous Effects of Universal Health Care's [sic] Are OFF THE CHARTS. Call your Congressman Today at (202) 224-3131 AND TELL THEM TO SUPPORT THE FULL REPEAL OF UNIVERSAL HEALTH CARE; UNIVERSAL HEALTH CARE, NOT What the Doctor Ordered. |
| Exhibit 11, Attachment S, ADMIN-000141-142 | | | | Front: Access Denied Back: What Are Utah Politicians Trying to Hide? Contact your State Representative and Senator and tell them our access to public information should NOT be denied. |
| Exhibit 11, Attachment T, ADMIN-000144-145 | | | | Front: When it comes to our values, There's no time for games. Back: You can Stop Washington From Toying With Our Values. Call your Congressman Today at (202) 224-3131 and tell them that when it comes to our values-there's no time for games. |

| | | | | |
|---|---|---|---|---|
| Exhibit 11, Attachment U, ADMIN-000147-148 | | | | Front: Talk is Cheap . . . one Conservative isn't shying from the fight. Senator Orrin Hatch Unapologetically fighting to balance America's checkbook. Back: Senator Orrin Hatch Leading the Fight to Stop Runaway Spending. Call Senator Hatch at (202) 224-3131 Tell him to keep leading the fight to balance America's checkbook. |
| Exhibit 11, Attachment V, ADMIN-000150-151 | | | | Front: Make it Your Duty. Vote Early Voting Begins June 12th Back: Vote. VOTE for trusted fiscal hawks who believe smaller government is less wasteful government and will fight to cut spending, rein in government and balance the budget without adding to the taxpayer's burden. VOTE for proven fiscal leaders who care more about getting control of our nation's debt than continuing the reckless borrowing and spending that threatens our very future and puts special interest before the good of all men. VOTE for trusted pro-family, pro-life leaders who lead by example and are committed to |

| | | | | |
|---|---|---|---|---|
| | | | | protecting the right of the unborn, defending marriage as the union of one man and one woman, and serving with honesty and integrity.<br>MAKE IT YOUR DUTY<br>Primary Election-June 26th Early Voting Begins June 12th |
| Exhibit 11, Attachment W, ADMIN-000153-154 | | | | Front: Don't watch history being made- be part of it! Vote in the Primary Election June 26th Early Voting runs June 12th through 22nd<br>Back: Be part of it! We have the opportunity to elect leaders who share our vision to protect our values, religious freedoms and our dreams for the future. This year, we have the ability to demand fiscal responsibility once and for all-ending the runaway spending and passing a Balanced Budget Amendment. Now is the time to make job creation our foremost priority by electing pro-job leaders who will eliminate job-killing bureaucracy and provide the incentives our economy needs to grow and create jobs. |

| | | | | |
|---|---|---|---|---|
| Exhibit 14, Exhibit A, ADMIN-000187-188 | March 2012 | $33,123 | Indep. Expend. | Front: Dan Liljenquist, Liljenquist?, Liljenquist?, Liljenquist? Has anyone seen Dan Liljenquist? Back: Political Opportunist Dan Liljenquist missed 24% of the votes last year alone. (Rest is illegible). |
| Exhibit 14, Exhibit A, ADMIN-000189-190 | March 2012 | $33,123 | Indep. Expend. | Front: Pop Quiz Today, What do you know about Dan Liljenquist? Back: There are a few things you ought to know about Dan Liljenquist, Dan Liljenquist is a first term legislator who quit the job he was elected to do to run for United States Senate, Dan Liljenquist voted to allow double-dipping to continue a budget-hustling practice that lets state workers collect a pension on top of their paychecks and could cost the state nearly $500 million over the decade. Dan Liljenquist missed 24% of the votes last year earning a spot on the Top 10 list of Utah state legislators with the worst attendance records, Dan Liljenquist voted to keep politicians electronic records secret, blocking the public access to legislator's text messages, voicemail, |

| | | | | video chats and electronic documents and allow increased fees state agencies can charge anyone who wants to access or simply VIEW a public document. The lesson learned Politician Dan Liljenquist is the wrong answer for Utah, Vote NO on Dan Liljenquist. |
|---|---|---|---|---|

Internet Activities

70.    Plaintiff submitted a copy of its website with its June 3, 2012 response to the IRS. Ex. 11, Attachment X, ADMIN-000155-159. The printout shows that Freedom Path's website featured "Leaders", "Three Men" and "It's Time." *Id*. at ADMIN-000158.

71.    Plaintiff submitted a copy of a web banner advertisement with its June 3, 2012 response to the IRS. The advertisement rotated between four images of Orrin Hatch and stated: (1) "Orrin Hatch . . . . Authored the Balanced Budget Amendment legislation to require a balanced budget"; (2) "Orrin Hatch . . . Named one of the Club for Growth's top three pre-growth Senators"; (3) "Orrin Hatch  . . .100% Score from the American Conservative Union"; (4) "Orrin Hatch . . . Co-sponsored the bill to repeal ObamaCare". Ex. 11, Attachment Y, ADMIN-000161.

72.    Plaintiff stated, with regard to Attachments X and Y, that "Internet activities have comprised of [sic] less than 5% of our activities to date. Approximately $30,000 has been spent on Internet activities." Ex. 11, ADMIN-000050 (Response 8).

23

Other Activities/Expenses

73.     Other than Freedom Path's television advertisements, direct mailings and internet activities, Freedom Path engaged in no other events or programs. Ex. 9, ADMIN-000029 (Question 6); Ex. 11, ADMIN-000049 (Response 6).

74.     But Freedom Path reported expenditures for some other general items. As stated in Freedom Path's June 2012 response, Freedom Path had paid a total of $22,615.01 so far in 2012 for "conducting research." Exhibit 11, ADMIN-000048.

75.     Freedom Path also paid $26,500 for "conducting polling." Ex. 11, ADMIN-000048.

76.     Freedom Path also paid $1,500 for "providing photograph rights."  Ex. 11, ADMIN-000049.

77.     Freedom Path also paid $66,162.47 for fundraising. Ex. 11, ADMIN-000048-49.

78.     Freedom Path also paid $53,161.61 for "providing legal service." Ex. 11, ADMIN-000048.

79.     Freedom Path also paid $32,577.36 for "providing administrative support." Ex. 11, ADMIN-000049.

80.     Freedom Path also included a list of various expenditures made in 2011 and/or projected to be made for the remainder of 2012 and for 2013, such as "[f]undraising", "research", "polling", "direct mail communications", "television communications", and "[p]urchasing media buys". Ex. 11, ADMIN-000048-49.

81.     Freedom Path's response of June 3rd did not provide any additional information about those activities to determine how much of them were in support of activities that do not promote social welfare. *See* Ex. 11, ADMIN-000048-49.

Dated: February 27, 2026              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Laura M. Conner*
LAURA M. CONNER (VA Bar No. 40388)
Assistant Director
JOSEPH A. SERGI (DC Bar No. 480837)
Senior Litigation Counsel
Civil Division, Tax Litigation Branch
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
laura.m.conner@usdoj.gov
joseph.a.sergi@usdoj.gov

Counsel for Defendants