## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREEDOM PATH INC.,

      Plaintiff,

      v.

INTERNAL REVENUE SERVICE

      Defendant.

No. 20-cv-1349 (JMC)

## MOTION OF DONALD B. TOBIN TO PARTICIPATE
## AS *AMICUS CURIAE*

Professor Donald B. Tobin of the University of Maryland King Carey School of Law requests leave to participate as amicus curiae and submit a brief in favor of neither party. Counsel for Professor Tobin sought consent to participate as amicus curiae from all counsel. Counsel for Freedom Path Inc., consented to the request. Counsel for the Internal Revenue Service took no position.

As not all counsel have consented, Professor Tobin requests leave pursuant to LCvR 7(o)(1) to submit a brief in support of Respondent. Information concerning why submission of this amicus brief is desirable and why the matters asserted are relevant to the disposition of the case are found in Professor Tobin's accompanying brief.

Filed: March 2, 2026

Respectfully Submitted,

 */s/ Jon A. Mueller*
Jon A. Mueller
DC BAR NUMBER 50295

1

Visiting Associate Professor
University of Maryland Carey School of
Law
500 West Baltimore St.
Baltimore, MD 21201
jmueller@law.umaryland.edu
(410) 706-0590

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I caused the foregoing to be electronically filed

with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be

served by the Court's CM/ECF system.

/s/ Jon A. Mueller
JON A. MUELLER
Counsel for Donald B. Tobin
Amicus Curiae

2